UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

ZURI WASHINGTON,

                **Plaintiff,**

                -against-                                 1:24-cv-00299 (ALC)

1776 TOURING LLC, et al.                    <u>**ORDER**</u>

                **Defendants.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of the Parties' submissions regarding Defendants' request for a pre-motion conference in relation to its anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  (ECF No. 26).  Defendants' request for a pre-motion conference is **GRANTED**.  The Court will conduct a telephone status conference in this action on **April 18, 2024 at 3:00 p.m. Eastern Time**.  The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:    April 15, 2024
              New York, New York

                                                                         **ANDREW L. CARTER, JR.**
                                                                       **United States District Judge**