UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

ZURI WASHINGTON,

                  **Plaintiff,**

                  -against-

**1776 TOURING LLC, et al.**

                  **Defendants.**

------------------------------------------------------- x

1:24-cv-00299 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

        Defendants' request for an adjournment in the scheduled pre-motion conference in relation to its anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), (ECF No. 26), is **GRANTED**.  The Court will conduct a telephone status conference in this action on **April 19, 2024 at 3:00 p.m. Eastern Time**.  The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:    April 16, 2024
             New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        United States District Judge