**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
ZURI WASHINGTON,                                             :
                                                            :
                                    **Plaintiff,**           :
                                                            :
             -against-                                      :        **1:24-cv-00299 (ALC)**
                                                            :
NETWORKS PRESENTATIONS, LLC, et                             :        <u>**ORDER**</u>
al.,                                                        :
                                                            :
                                    **Defendants.**          :
                                                            :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff's counsel filed an amended complaint on ECF on April 19, 2024.   The amended

complaint was improperly filed.   ECF No. 32.   Plaintiff is ordered to re-file the amended

complaint.


**SO ORDERED.**

**Dated:** **November 25, 2024**
    **New York, New York**

                   _____
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**